The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>DOXO, INC, a corporation; STEVE SHIVERS, individually and as an officer of DOXO, INC.; and ROGER PARKS, individually and as an officer of DOXO, INC.,<br><br>　　　　Defendants. | Case No. 2:24-cv-00569-JNW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>July 22, 2024<br><br>ORAL ARGUMENT REQUESTED |

[Proposed] Order Granting Defendants' Motion to Dismiss
(2:24-cv-00569-JNW)

1

Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
(650) 623-1401

# [PROPOSED] ORDER

This matter comes before the Court on the Motion to Dismiss Complaint filed by defendants Doxo, Inc., Steve Shivers, and Roger Parks (collectively "Defendants"). Having reviewed the motion, responses from plaintiff, if any, and the pleadings on file, and otherwise being fully advised, the Court rules as follows:

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Dismiss Complaint is GRANTED; and

2. All claims for relief against Defendants are hereby DISMISSED with prejudice.

Dated this _____ day of _____, 2024.

_____
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

Presented by

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
*Attorneys for Defendants*

By */s/ Courtland L. Reichman*
  Courtland L. Reichman (*admitted pro hac vice*)
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401

  Roger M. Townsend
  BRESKIN JOHNSON & TOWNSEND
  1000 Second Avenue, Suite 3670
  Seattle, WA 98104
  Telephone: (206) 652-8660

[Proposed] Order Granting Defendants' Motion to Dismiss
(2:24-cv-00569-JNW)

2

Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
(650) 623-1401