UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

DOXO, INC., a corporation; STEVE
SHIVERS, individually and as an
officer of DOXO, INC.; and ROGER
PARKS, individually and as an officer
of DOXO, INC.,

Defendants.

C24-0569 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    At the April 6, 2026, status conference, the Court continued the trial to August 31, 2026. See Minute Entry (docket no. 188). The Court therefore amends the scheduling order, see Minute Order at 1–2 (docket no. 74), as follows:

| Dates and Deadlines | New Date or Deadline |
|---|---|
| All motions in limine should be filed by | July 17, 2026 |
| All motions in limine shall be presented in a joint submission, which | |

MINUTE ORDER - 1

| | |
|---|---|
| shall be noted for the same day it is filed[1] | |
| Trial briefs and Agreed Pretrial Order due[2] | July 31, 2026 |
| Proposed voir dire questions and jury instructions due | July 31, 2026 |
| Pretrial Conference to be held at 10:00 AM on | August 21, 2026 |
| **JURY TRIAL** | August 31, 2026 |

All other provisions outlined in the Court's Minute Order Setting Trial Date and Related Dates, docket no. 40, that are not inconsistent with this Minute Order shall remain in full force and effect.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of April, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

---

[1] The joint submission shall contain (i) an introductory statement summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendants' disputed motions in limine shall be identified in alphabetical order. All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect.

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e−mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2